

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR REHEARING

Appellate case name:     Thomas Lanny Vlasak as Trustee for the Silber Family Trust v.
TAXCO, INC.

Appellate case number:   01-16-00191-CV

Trial court case number: 2014-49207

Trial court:             11th District Court of Harris County

Date motion filed:       August 15, 2017

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Harvey Brown
☐ Acting individually     ☒ Acting for the Court

Panel consists of: Chief Justice Sherry Radack and Justices Harvey Brown and Russell Lloyd


Date: November 28, 2017